Kristen J. Nesbit (SBN 242426)
E-Mail:  knesbit@fisherphillips.com
Nathan V. Okelberry (SBN 266596)
E-Mail: nokelberry@fisherphillips.com
Cindy A. Kaoud (SBN 322640)
E-Mail: ckaoud@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendants
CRST EXPEDITED, INC. (ERRONEOUSLY SUED AS
"CRST INTERNATIONAL, INC."), AMMIE SMITH and
JOSH BLAHNICK

Brian Kohanchi, Esq.
KOHANCHI LAW, APC
2121 Avenue of the Stars, Suite 800
Century City, CA 90067

Attorney for Plaintiff, MIGUEL RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL RAMIREZ,<br><br>            Plaintiff,<br><br>    v.<br><br>CRST INTERNATIONAL, INC. an Iowa Corporation; AMMIE SMITH, an individual; MOLLY [LAST NAME UNKNOWN], an individual; JOSH BLAHNICK, an individual and DOES 1 through 50, inclusive,<br><br>            Defendant. | CASE NO.: 2:26-cv-01469-WBS-JDP<br><br>*(Previously San Joaquin Superior Court, Case No. STK-CV-UOE-2026-0000408)*<br><br>**ORDER RE: JOINT STIPULATION TO DISMISS DEFENDANT JOSH BLAHNICK**<br><br>*[Filed concurrently with Joint Stipulation]*<br><br>Complaint Filed: January 16, 2026<br>FAC Filed:       April 28, 2026<br>Trial Date:      [None] |

1

FP 63607353.1

**ORDER**

Pursuant to the Stipulation between MIGUEL RAMIREZ ("Plaintiff") and Defendants CRST EXPEDITED, INC. (ERRONEOUSLY SUED AS "CRST INTERNATIONAL, INC.") and JOSH BLAHNICK (collectively, "Defendants") (Plaintiff and Defendants collectively, "the Parties"), signed by their respective counsel of record, and for good cause shown, IT IS HEREBY ORDERED:

1.    Defendant JOSH BLAHNICK is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Dated:  April 30, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

CERTIFICATE OF SERVICE

FP 63607353.1

CERTIFICATE OF SERVICE

FP 63607353.1