Kristen J. Nesbit (SBN 242426)
E-Mail:  knesbit@fisherphillips.com
Nathan V. Okelberry (SBN 266596)
E-Mail: nokelberry@fisherphillips.com
Cindy A. Kaoud (SBN 322640)
E-Mail: ckaoud@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendants
CRST EXPEDITED, INC. (ERRONEOUSLY SUED AS
"CRST INTERNATIONAL, INC.") and AMMIE SIMITH

Brian Kohanchi (SBN 331025)
E-Mail: brian@kohanchilaw.com
KOHANCHI LAW, APC
2121 Avenue of the Stars, Suite 800
Century City, CA 90067
Telephone: (310) 691-1610

Attorney for Plaintiff
MIGUEL RAMIREZ

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL RAMIREZ,<br><br>           Plaintiff,<br><br>      v.<br><br>CRST INTERNATIONAL, INC. an Iowa Corporation; AMMIE SMITH, an individual; MOLLY [LAST NAME UNKNOWN], an individual; JOSH BLAHNICK, an individual and DOES 1 through 50, inclusive,<br><br>           Defendant. | CASE NO.: 2:26-cv-01469-WBS-JDP<br><br>*(Previously San Joaquin Superior Court, Case No. STK-CV-UOE-2026-0000408)*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**<br><br>*[Filed concurrently with [Joint Stipulation for Dismissal with Prejudice of Entire Action]*<br><br><br>Complaint Filed:  January 16, 2026<br>FAC Filed:          April 28, 2026<br>Trial Date:          [None] |

ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION

FP 63770324.1

**IT IS ORDERED THAT:**

The Parties' Joint Stipulation for Dismissal with prejudice pursuant to FRCP 41(a)(1)(A)(ii) requesting dismissal of this entire action with prejudice is GRANTED. The case is hereby dismissed in its entirety with prejudice and with respect to all parties, with each party being their own attorney's fees and costs.

Dated:  June 15, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION

FP 63770324.1